

Case 2:23-cv-03195-CCC-LDW   Document 1-13   Filed 06/12/23   Page 1 of 8 PageID: 70

Explore

Settings

1  Show this thread

**Atbash Protocol** @AtbashProtocol · Dec 9, 2022
The Good News:
The APY and reward system will be stabilized in this new version of Atbash, this should solve the "Insufficient Reserves" staking shutdown due to market price. We will also be implementing a token buyback method on the new token to help support the price peg.

1  Show this thread

**Atbash Protocol** @AtbashProtocol · Dec 9, 2022
If you purchased BASH from the market, unfortunately, we will not be able to refund the value of those tokens as they are not protected by the treasury

Staking and rewards will be reset, all rewards will be forfeited.

3  Show this thread

**Atbash Protocol** @AtbashProtocol · Dec 9, 2022
We will be forfeiting the current LP as a loss.

The treasury funds will be matched by management, making the entire launching fund 80k

We will mint a NEW bash token that will be claimable on Atbash.Finance to all PRESALE participants for the original presale amount.

1  Show this thread

**Atbash Protocol** @AtbashProtocol · Dec 9, 2022
We have secured the funds from the treasury. These funds were never at risk and have been moved and secured.

We have decided to RELAUNCH the protocol.

Here's how it will go down.

1  Show this thread

**Atbash Protocol** @AtbashProtocol · Nov 27, 2022
Atbash has the means to accomplish these goals. Expect more info shortly.

1   3  Show this thread

**Atbash Protocol** @AtbashProtocol · Nov 27, 2022
It is now time to deliver on the promises of crypto. Real world utility, real world estimations of yield and concentration on what is doable and not what is going to be told is a glorified Ponzi. 4/

1   1  Show this thread

Don't miss what's happening                                                                 Log in
People on Twitter are the first to know.

Explore

Settings

with minimal utility. In fact, the utility was there only in principle. Creating games, digital art, new ways of earning yield. All those things have generally lead no where except to a few smart ones 3/

1

Show this thread

Don't miss what's happening
People on Twitter are the first to know.

Log in

Explore

Settings

Don't miss what's happening

People on Twitter are the first to know.

Log in

Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in

Explore

Settings

Don't miss what's happening

People on Twitter are the first to know.

Log in

Explore

Settings

Don't miss what's happening

People on Twitter are the first to know.

Log in

