**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARON SPITZER,<br>   Plaintiff,<br><br>v.<br><br>HALSEY ENGLISH a/k/a<br>SCOTT ENGLISH,<br>   Defendant. | Civil Action No. 2:23-cv-03195 |

**REQUEST FOR ENTRY OF DEFAULT BY CLERK**

Plaintiff Aron Spitzer, by and through his undersigned counsel, hereby requests that the Clerk of Court enter the default of Defendant Halsey English a/k/a Scott English for failure to answer, move, or otherwise plead in response to the Complaint filed by Plaintiff Aron Spitzer.

The facts supporting this request for entry of default are set forth in the accompanying Certification of Scott Levenson, Esquire.

Dated: November 11, 2023

                     Respectfully Submitted,

                     **LEVENSON LAW GROUP**

                     X_____*/s/ Scott Levenson*_____
                     Scott Levenson, Esquire
                     250 George Rd, Unit 12F
                     Cliffside Park, NJ 07010
                     Tel: 347-352-2470
                     LevensonLawGroup@gmail.com
                     *Attorneys for Plaintiff*